Teague I. Donahey, ISB No. 9963
Kirk J. Houston, ISB No. 9055
HOLLAND & HART LLP
800 West Main Street, Suite 1750
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:   (208) 342-5000
Facsimile:    (208) 343-8869
E-mail:    tidonahey@hollandhart.com
              kjhouston@hollandhart.com

Attorneys for Zale Delaware, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| JENSEN JEWELERS OF IDAHO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ZALE DELAWARE, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | Case No.  1:18-CV-00020-BLW<br><br>**STIPULATION TO EXTEND DEADLINES FOR FILING RESPONSIVE PLEADING (THIRD), LITIGATION PLAN AND DISCOVERY PLAN, AND SCHEDULING CONFERENCE** |

Plaintiff Jensen Jewelers of Idaho, LLC and defendant Zale Delaware, Inc., hereby (1) stipulate to extend the deadlines for defendant to answer or otherwise respond to the complaint (from March 16, 2018 to March 30, 2018); and for the parties to file with the Court the joint Litigation Plan and Discovery Plan (from March 26, 2018 to April 9, 2018); and (2) jointly request that the Court reset the telephonic scheduling conference (currently scheduled for April 2, 2018) for a date not earlier than April 16, 2018.  *See* ECF Nos. 9 and 12.

The parties respectfully submit that good cause exists for the extension of time based on the following:

**STIPULATION TO EXTEND DEADLINES FOR FILING RESPONSIVE PLEADING (THIRD), LITIGATION PLAN AND DISCOVERY PLAN, AND SCHEDULING CONFERENCE** - 1

1. Counsel for the parties have discussed the extension and the parties have stipulated to the stated extension.

2. Plaintiff originally filed this action on January 17, 2018.

3. Plaintiff served the defendant with the summons and complaint on January 19, 2018.

4. The original deadline for defendant to respond to the complaint was February 9, 2018.

5. The parties previously stipulated to extend the deadline for defendant to respond to the complaint until March 2, 2018, and again until March 16, 2018, which stipulations were entered as orders of the Court.  *See* ECF Nos. 7, 8, 11, and 12.

6. Plaintiff and Defendant have made considerable progress toward a settlement of this lawsuit, but the parties need additional time to negotiate the material terms of a settlement agreement.

7. This extension is sought in good faith and is not intended to impact other existing deadlines in this case.  In the interests of judicial economy and facilitating a prompt resolution of this lawsuit, the parties respectfully request that the Court enter an order granting the requested extension.

**STIPULATION TO EXTEND DEADLINES FOR FILING RESPONSIVE PLEADING (THIRD), LITIGATION PLAN AND DISCOVERY PLAN, AND SCHEDULING CONFERENCE** - 2

DATED this 16th day of March, 2018.

        HOLLAND & HART LLP

        By   */s/ Kirk J. Houston*
              Teague I. Donahey
              Kirk J. Houston
              Attorneys for Zale Delaware, Inc.

        WRIGHT BROTHERS LAW OFFICE PLLC

        By   */s/ Brandon T. Berrett*
              Brandon T. Berrett
              Brooke B. Redmond
              Attorneys for Jensen Jewelers of Idaho, LLC

**STIPULATION TO EXTEND DEADLINES FOR FILING RESPONSIVE PLEADING (THIRD), LITIGATION PLAN AND DISCOVERY PLAN, AND SCHEDULING CONFERENCE** - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of March, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Brandon T. Berrett | bberrett@wrightbrotherslaw.com |
| Brooke B. Redmond | bredmond@wrightbrotherslaw.com |
| Wright Brothers Law Office, PLLC | |
| 1440 Blue Lakes Boulevard North | |
| P.O. Box 5678 | |
| Twin Falls, ID  83303-5678 | |
| Telephone: (208) 733-3107 | |
| Facsimile: (208) 733-1669 | |

/*s/ Kirk J. Houston*             
Kirk J. Houston for HOLLAND & HART LLP

**STIPULATION TO EXTEND DEADLINES FOR FILING RESPONSIVE PLEADING (THIRD), LITIGATION PLAN AND DISCOVERY PLAN, AND SCHEDULING CONFERENCE** - 4